## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GIOVANNA C. BAILEY | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-03323 |
| | : | |
| v. | : | Judge Michael H. Watson |
| | : | |
| COUNTRYSIDE RENTALS, INC. D/B/A RENT-2-OWN, | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| Defendant. | : | |

### DEFENDANT COUNTRYSIDE RENTALS, INC. D/B/A RENT 2 OWN'S NOTICE OF FILING EXHIBIT IN SUPPORT OF ITS MOTION FOR A MORE DEFINITE STATEMENT

Defendant Countryside Rentals, Inc. d/b/a Rent 2 Own hereby submits the attached Exhibit 1 in support of its Motion for a More Definite Statement that was filed with this Court on November 11, 2022.

Respectfully submitted,

*/s/ Christopher W. Tackett*
Christopher W. Tackett (0087776)
**Bailey Cavalieri LLC**
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Telephone: 614.229-3286
Fax: 614.221.
ctackett@baileycav.com

*Attorney for Defendant Countryside Rentals, Inc. d/b/a Rent-2-Own*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2022 the foregoing was served via the Court's ECF system:

Chad W. Eisenback, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
ceisenback@sulaimanlaw.com

        */s/ Christopher W. Tackett*
        Christopher W. Tackett (0087776)

        *Attorney for Defendant Countryside Rentals, Inc. d/b/a Rent-2-Own*

4895-5133-1646