

EXHIBIT 1



EXHIBIT 1



EXHIBIT 1



3:16

Me
12:28 PM, Aug 24

(No subject)

Cady is there by herself until I return back to Ohio. "I think when the lady was knocking on the window she was knocking with her ring and hitting the glass"-this is what she says some lady was doing on our back window! If any of my stuff is messed up in my backyard bc of y'all going in there and banging on my doors and windows I will notify my apt mngr Mackenzie and the sheriff's dept. I've already had my cactus pot knocked over once out front by Josh when he didn't get a response by anyone at my residence. My daughter was home an saw him clear as day do it. Also, I can't make a payment today-I can't pull monies out my ass when I haven't gotten my stimulus or cadys ssi or survivor benefits yet. I'm patiently waiting on either or to come through. I'm sorry-but things have been rough. I've not had a phone up til

EXHIBIT 1



EXHIBIT 1



EXHIBIT 1



EXHIBIT 1



EXHIBIT 1



EXHIBIT 1



EXHIBIT 1









EXHIBIT 1



EXHIBIT 1





EXHIBIT 1